**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>DOMINIQUE HARVEY,<br>　　　　　　　Defendant. | )<br>)<br>)<br>)　　Crim. No. 14-129 (10)<br>)<br>)<br>)<br>)<br>) |

## OPINION

### I. Introduction

Pending before the court is a motion to travel filed by plaintiff Dominique Harvey to travel internationally on two trips in the coming months. (ECF No. 1079).  The government filed a response in opposition to the motion (ECF No. 1084).  The motion is ripe for disposition.

### II. Discussion

Plaintiff remains on a 36-month term of supervised release following judgment from supervised release violations. (ECF No. 1056).  He submitted a motion to the court to travel internationally with his family for trips proposed in August and December 2026. (ECF No. 1079).  Th government opposes plaintiff's motion to travel, stating "4. The Motion lacks sufficient details regarding the defendant's itinerary, where he will be staying, how he can be contacted, etc. 5. Moreover, the Office of Probation has not indicated its approval." (ECF No. 1084).  The court was able to ascertain, through Probation, that plaintiff has had no documented violations and has been in compliance with all terms of supervision since moving to the Southern

District of California.  The information lacking from plaintiff's request, as the government notes,

is necessary to make an informed decision.

### III. Conclusion

Because plaintiff's request lacks details and specificity about his travel plan, the motion

to travel (ECF No. 1079), will be denied, without prejudice to plaintiff's ability to resubmit his

request with the documentation the government requests.

An appropriate order follows.

Dated: July 8, 2026

BY THE COURT:

/s/ Joy Flowers Conti
Joy Flowers Conti
Senior United States District Court Judge